UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL CLEMENTS, et al.,

      Plaintiffs,                        Case No. 1:18–cv–00655–RJJ–PJG

v.                                    Hon. Robert J. Jonker

RUTH JOHNSON, et al.,

      Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE AND NOTICE OF DEFICIENCY

      NOTICE is hereby given that the above–captioned case was electronically filed in this court on June 11, 2018 .   The case has been assigned to Robert J. Jonker .
      The filing party has failed to submit the filing fee as required by 28 U.S.C. § 1914(a) and W.D.Mich.LCivR 5.7(c). The filing fee must be paid electronically, by credit card, or a motion for leave to proceed *in forma pauperis* must be filed, at the time the initial pleading is electronically submitted.  **The 400.00 filing fee or the IFP motion is due immediately**. Failure to comply may result in dismissal of the action.  To pay by credit card, log in to CM/ECF. Click *Civil* on the blue menu bar, and under the *Fees, Make a Payment* section, select the *Filing Fee (Civil Case) – Credit Card Payment* event.  For further information, see the <u>reference materials</u> available on the court website.

                                              CLERK OF COURT

Dated:  June 12, 2018      By:    /s/ N. Stimec_____
                                       Deputy Clerk