# EXHIBIT 2



Source: Michigan Secretary of State, Michigan's 14 Congressional Districts map, located at <https://www.michigan.gov/documents/cgi/congress10statewide_371463_7.pdf> (only Sixth Congressional District shown and arrows have been added).