UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL CLEMENTS, et al.,

       Plaintiffs,

                                        CASE NO. 1:18-CV-655

v.

                                        HON. ROBERT J. JONKER

RUTH JOHNSON, et al.,

       Defendants.

_____/

## **ORDER**

The second motion for an extended page limit cites correctly to Western District Local Rules. However, it does not include the certification required by Local Rule 7.1(d).  The Court will not consider the defense motion before Defendants file the required certification.

Dated:     June 21, 2018           /s/ Robert J. Jonker_____
                                    ROBERT J. JONKER
                                    CHIEF UNITED STATES DISTRICT JUDGE